UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


RORY HALL                          :          NO.:  3:08CV00743 (AHN)
                                   :
v.                                 :
                                   :
MATTHEW WORDEN                     :
AND GESENIA PEREZ                  :          DECEMBER  10, 2008


## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the undersigned parties hereby stipulate that

the above-entitled action be dismissed, without prejudice, costs or fees to any party.



PLAINTIFF,                                DEFENDANTS,
RORY HALL                                 MATTHEW WORDEN
                                          AND GESENIA PEREZ



By___/s/ Marco D'Occhio___                by___/s/ John J. Radshaw, III___
    Marco D'Occhio                            John J. Radshaw, III
    Eagan, Donohue, D'Occhio & Flasey, LLP    Howd & Ludorf, LLC
    24 Arapahoe Road                          65 Wethersfield Avenue
    West Hartford, CT  06107                  Hartford, CT  06114-1121
    860-232-7200                              860-249-1361
    860- 232-0214 (Fax)                       860- 249-7665 (Fax)
    ct24364                                   ct19882

## CERTIFICATION

This is to certify that on **December 10, 2008**, a copy of the foregoing **Stipulation For Dismissal** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Marco D'Occhio, Esquire
Eagan, Donohue, D'Occhio & Flasey, LLP
24 Arapahoe Road
West Hartford, CT  06107
860-232-7200
860- 249-7665 (Fax)
ct24364


   /s/ John J. Radshaw, III_____
John J. Radshaw, III